**UNITED STATES of America, Plaintiff–Appellee**

v.

**Benancio MACEDO–SILVA, Defendant–Appellant.**

**No. 12–40049 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 6, 2014.

James Lee Turner, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant

---

Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Appeal from the United States District Court for the Southern District of Texas, USDC No. 7:11–CR–1417–1.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Benancio Macedo–Silva pleaded guilty to being unlawfully present in the United States following removal. The district court sentenced Macedo–Silva to 37 months in prison and did not impose a supervised release term.

In his only issue on appeal, Macedo–Silva contends that the district court erred in concluding that his 2001 Mississippi conviction for conspiracy to commit rape warranted a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii). Because Macedo–Silva has been released from prison after completing his prison term and he has no additional sentence to serve, his appeal is moot. *See Spencer v. Kemna,* 523 U.S. 1, 7–8, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998).

DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

